UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
GEORGE CARMAN,

                Plaintiff,

      -against-

                                                                             ORDER

CALL-A-HEAD CORP. and                       13-CV- 3429 (SMG)
CHARLES W. HOWARD,

                Defendants.
----------------------------------------------------------X
Gold, S., *United States Magistrate Judge*:

      This case involves a claim by plaintiff under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. The parties have reached a settlement agreement and now move for the Court's approval of its terms.

      According to the letter submitted by plaintiff's counsel in support of the motion, Docket Entry 14, the settlement provides that plaintiff will receive approximately 200% of the value of his wage claim, or the full amount he is owed in wages together with liquidated damages. Although the agreement provides for attorney's fees in excess of the amount plaintiff will receive, I find this of little relevance because the settlement awards plaintiff the full amount he could receive if he prevailed at trial.

      For these reasons, I find that "the agreement reflects a reasonable compromise of disputed issues [rather] than a mere waiver of statutory rights brought about by an employer's overreaching." *Le v. SITA Information Networking Computing, USA, Inc.*, 2008 WL 724155 (E.D.N.Y. Mar. 13, 2008) (internal quotations and citation omitted). The settlement is therefore approved, and the Clerk is respectfully requested to close the case.

                                              SO ORDERED.

                                              /s/
                                          Steven M. Gold
                                          United States Magistrate Judge

Brooklyn, New York
September 27, 2013

U:\smg current docs\Carman 092513.docx